IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                    PLAINTIFF

v.                                          No. 5:12-cv-50035-002

K. VAUGHN KNIGHT                                                                              DEFENDANT

### JUDGMENT OF ACQUITTAL—COUNT 3

Pursuant to the Court's order entered this same date, the Court finds Defendant, K. Vaughn Knight, not guilty of Count 3 of the Fourth Superseding Indictment.  IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant is acquitted as to Count 3.

IT IS SO ORDERED AND ADJUDGED this 10th day of June, 2014.

*/s/ P. K. Holmes, III*
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE