IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.                                    Case No. 5:12-CR-50035-002

K. VAUGHN KNIGHT                                                                         DEFENDANT

## ORDER

Currently before the Court are the Government's original (Doc. 294) and amended (Doc. 295) motions to dismiss the pending indictment as to Defendant K. Vaughn Knight pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Upon due consideration, the Court finds that the amended motion should be granted.

IT IS THEREFORE ORDERED that the Government's motion to dismiss the fourth superseding indictment as to Defendant K. Vaughn Knight (Doc. 295) is GRANTED. The fourth superseding indictment filed in the instant matter on October 30, 2013, is hereby DISMISSED WITH PREJUDICE as to Defendant K. Vaughn Knight.

The original motion to dismiss (Doc. 294) should be TERMINATED AS MOOT.

IT IS SO ORDERED this 5th day of November, 2015.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE